**DISMISS; and Opinion Filed August 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00339-CV

**METHODIST HOSPITALS OF DALLAS, Appellant**
**V.**
**VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL**
**WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND**
**REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16088**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the parties have reached a settlement that resolves the matters in dispute. Although appellant asks that each party bear its own costs, appellee has not signed the motion to dismiss indicating her agreement to the allocation of costs. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Subject to any agreement of the parties, appellant shall pay the costs of appeal. *See* TEX. R. APP. P. 42.1(d).

190339F.P05

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

METHODIST HOSPITALS OF DALLAS,
Appellant

No. 05-19-00339-CV      V.

VICKIE MILES, INDIVIDUALLY, AS
THE REPRESENTATIVE FOR ALL
WRONGFUL DEATH BENEFICIARIES,
AND AS AN HEIR AT LAW AND
REPRESENTATIVE OF THE ESTATE
OF W.T. MAYES, DECEASED, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-16088.
Opinion delivered by Justice Schenck,
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that, subject to any agreement of the parties, appellee VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED recover her costs of this appeal from appellant METHODIST HOSPITALS OF DALLAS.

Judgment entered this 8th day of August, 2019.